1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

9
10
11
12
13
14

| JOHN SOTOODEH, | Case No. 4:22-cv-00950-DMR |
| Plaintiff, | **ORDER (AS MODIFIED) GRANTING JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| WELLS FARGO BANK, N.A.; and DOES 1-25, inclusive, | |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER (AS MODIFIED)**

Pursuant to the Parties' Stipulation, the Court hereby continues the Further Case Management Conference currently scheduled for September 21, 2022, at 1:30 p.m. to December 7, 2022 at 1:30 p.m. in Oakland, - Videoconference only. Parties shall filed an updated joint case management conference statement by November 30, 2022.

IT IS SO ORDERED AS MODIFIED.

DATED:  September 15, 2022

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

_____
HON. DONNA M. RYU
United States Magistrate Judge