UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOHN SOTOODEH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 4:22-cv-00950-DMR<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PHASE ONE DATES AND DEADLINES** |

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders as follows:

The Further Case Management Conference currently scheduled for December 7, 2022, at 1:30 p.m. is continued to February 15, 2023, at 1:30 pm by Zoom Videoconference with updated joint case management statement due by February 8, 2023. The discovery cutoff for Phase One of this matter is extended to March 10, 2023. The dates for Defendant's anticipated motion for summary judgment as to its NBA defense in Phase One of this matter are continued to:

| Event | Date |
|---|---|
| Defendant's Motion Due | March 23, 2023 |
| Plaintiff's Opposition Due | April 14, 2023 |
| Defendant's Reply Due | April 21, 2023 |
| Hearing Date | May 11, 2023 at 1:00 pm by Zoom Videoconference |

**IT IS SO ORDERED.**

DATED:   December 1 , 2022



_____
HON. DONNA M. RYU
United States Magistrate Judge