1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| JOHN SOTOODEH, | Case No. 4:22-cv-00950-DMR |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE PHASE ONE DATES AND DEADLINES** |
| vs. | |
| WELLS FARGO BANK, N.A.; and DOES 1 - 25, inclusive, | |
| Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court hereby orders as follows:

The discovery cutoff for Phase One of this matter is extended to July 31, 2023. The dates for any motion for summary judgment as to Wells Fargo's NBA defense in Phase One of this matter are continued to:

| Event | Date |
|---|---|
| Motion(s) Due | August 21, 2023 |
| Opposition(s) Due | September 18, 2023 |
| Defendant's Replies Due | October 2, 2023 |
| Hearing Date | October 26, 2023 at 1:00 p.m. in Oakland, by Videoconference |

**IT IS SO ORDERED.**

DATED: May 11, 2023



_____
HON. DONNA M. RYU
Chief Magistrate Judge